UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ALBERT JOHNSON         SBI # 452302B
Crim. Nos. 04-126 (SRC); 04-485 (SRC); 10-322 (SRC)

---

## PETITION FOR WRIT OF HABEAS CORPUS

1. <u>Albert Johnson</u> is now confined in the Hudson County Correctional Facility, 30 Hackensack Avenue, Kearny, New Jersey.

2. Said individual will be required at the United States District Court, Newark, New Jersey, on <u>Thursday, July 22, 2010</u> at <u>1:30 p.m.</u> for a Violation of Supervised Release hearing before the Honorable Stanley R. Chesler.

A Writ of Habeas Corpus should issue for that purpose.

DATED: July 14, 2010

_____
AMY LURIA
ASSISTANT U.S. ATTORNEY

---

## ORDER

Let the Writ Issue.

DATED: July 14, 2010

_____
HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

---

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Hudson County Correctional Facility, 30 Hackensack Avenue, Kearny, New Jersey. WE COMMAND that you have the body of

ALBERT JOHNSON

now confined in the Hudson County Correctional Facility, brought before the Honorable Stanley R. Chesler, United States District Judge, on <u>July 22, 2010</u>, at <u>1:30 p.m.</u>, at the United States District Court, U.S. Post Office & Courthouse, Federal Square, Courtroom 8, Newark, New Jersey, so that he may appear in the above-captioned matters.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey

DATED: July 14, 2010

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk