UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. Nos. 94-00126-001; 94-00485-001; 10-00322-001 |
| ALBERT JAMES JOHNSON | : | JUDGEMENT REVOCATION OF SUPERVISED RELEASE |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant ALBERT JAMES JOHNSON (Adrienne D. Edward, Adrienne D. Edward Law Office, appearing) to comply with the condition of a supervised release imposed on January 13, 1995 on Crim Nos. 94-00126 and 94-00485, and imposed on November 24, 2003 on Crim. No. 10-00322, that required that he not commit another federal, state or local crime; and the defendant having entered a guilty plea on July 22, 2010 to having violated the condition of his supervised release on Crim Nos. 94-00126, 94-00485, and 10-00322 set forth in Violation No. 1 of the Petition for Warrant for Offender, which required that he not commit another federal, state, or local crime; and for good cause shown;

IT IS on this 12 day of August, 2010,

ORDERED that defendant ALBERT JAMES JOHNSON is adjudged guilty of having violated the condition of his supervised release on Crim Nos. 94-00126, 94-00485, and 10-00322 set forth in Violation No. 1 of the Petition, which required that he not

commit another federal, state, or local crime;

IT IS FURTHER ORDERED that the three previously imposed terms of Supervised Release are revoked and defendant ALBERT JAMES JOHNSON is committed to the custody of the Bureau of Prisons for a term of 36 months, consisting of 24 months on Crim Nos. 94-00126 and 94-00485, which terms of imprisonment shall run concurrently; and 12 months on Crim. No. 10-00322, which term shall run consecutively to the terms of imprisonment imposed on Crim. Nos. 94-00126 and 94-00485;

IT IS FURTHER ORDERED that, upon release from imprisonment, defendant ALBERT JAMES JOHNSON shall be placed on supervised release for a term of 3 years on Crim. Nos. 94-00485 and 10-00322, and 4 years on Crim. No. 94-00126, which terms of supervised release shall run concurrently;

IT IS FURTHER ORDERED that, while on supervised release, all standard conditions of supervised release apply, and in addition, defendant ALBERT JAMES JOHNSON shall abide by the special condition that he refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.  It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office.  The defendant shall abide by the rules of any program and shall

remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

---
HONORABLE STANLEY R. CHESLER
United States District Judge